# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00256-GCM

| | |
|---|---|
| CHARLOTTE SCHOOL OF LAW, LLC; and INFILAW CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION; COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION; and ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION<br><br>Defendants. | ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE OF ANNE E. REA, TACY F. FLINT AND STEVEN J. HOROWITZ |

The Court, having considered the Motions for Admission *Pro Hac Vice* on behalf of Anne E. Rea [doc. 10], Tacy F. Flint [doc. 11], and Steven Horowitz [doc. 12] and having been advised by local counsel for the Defendants that counsel for the Plaintiffs have no objection to these motions, the Motions are GRANTED;

IT IS THEREFORE ORDERED that Anne E. Rea, Tacy F. Flint and Steven J. Horowitz be allowed to practice *Pro Hac Vice* in this civil action in the United States District Court for the Western District of North Carolina and appear on behalf of Defendants the American Bar Association, Council of the Section of Legal Education and Admissions to the Bar, and Accreditation Committee of the Section of Legal Education and Admissions to the Bar.

Signed: June 13, 2018

Graham C. Mullen
United States District Judge