# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL ACTION NO. 3:18-cv-00256

| | |
|---|---|
| CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION; COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION; and ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION,<br><br>    Defendants. | ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE OF PAUL D. CLEMENT, VIET D. DINH, and H. CHRISTOPHER BARTOLOMUCCI |

    The Court, having considered the Motions for Admission *Pro Hac* Vice on behalf of Paul D. Clement [doc. 14], Viet D. Dinh [doc. 15], and H. Christopher Bartolomucci [doc. 16], and having been advised by local counsel for the Plaintiffs that counsel for the Defendants have no objection to these motions, the Motions are GRANTED;

    IT IS THEREFORE ORDERED that Paul D. Clement, Viet D. Dinh, and H. Christopher Bartolomucci be allowed to practice *Pro Hac* Vice in this civil action before the United States District Court for the Western District of North Carolina and appear on behalf of Plaintiffs Charlotte School of Law, LLC and InfiLaw Corporation.

Signed: June 15, 2018

Graham C. Mullen
United States District Judge