# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL ACTION NO. 3:18-cv-00256

| | |
|---|---|
| **CHARLOTTE SCHOOL OF LAW, LLC and INFILAW CORPORATION,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AMERICAN BAR ASSOCIATION; COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION; and ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION**<br><br>**Defendants.** | **PLAINTIFFS' AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7.1, the Plaintiffs, Charlotte School of Law, LLC and InfiLaw Corporation (collectively the "Plaintiffs"), by and through undersigned counsel, respectfully amends its request for an extension of time to file their response to the Defendants, the American Bar Association, the Council of the Section of Legal Education and Admissions to the Bar, ABA, and the Accreditation Committee of the Section of Legal Education and Admissions to the Bar, ABA (collectively, the "ABA")s', Motion to Dismiss the Complaint for Lack of Subject-Matter Jurisdiction, and, in the alternative, Failure to State a Claim (the "Motion to Dismiss"). In support of this Motion for Extension of Time, the Plaintiffs state as follows:

1. The Defendants filed their Motion to Dismiss on July 27th, 2018; therefore, the Plaintiffs' response is to be filed by August 10th, 2018.

2. The Plaintiffs request this Extension of Time because their primary counsel will be out of the country or otherwise unavailable until August 17th, 2018.

3. The Plaintiffs respectfully request a 14-day extension of time to respond to the Defendants' Motion to Dismiss, up to and including August 24th, 2018.

4. Plaintiffs' Counsel conferred with Defendants' counsel, Jerry Parnell, about the proposed extension. The Defendants do not object to a 14-day extension of time for the Plaintiffs to file their Response to the Defendants' Motion to Dismiss.

5. This Motion is not being made for the purposes of delay, and no party will be prejudiced by the brief extension.

WHEREFORE, for the foregoing reasons, the Plaintiffs respectfully request that the Court grant them a brief extension of time, up to and including August 24th, 2018, to file their response to the Defendant's Motion to Dismiss and grant any further relief the Court deems just and proper.

Respectfully Submitted,

*/s/ R. Lee Robertson, Jr.*
R. Lee Robertson, Jr.
North Carolina State Bar No.: 44749
ROBERTSON & ASSOCIATES, P.A.
2730 East W.T. Harris Boulevard, Suite 101
Charlotte, North Carolina 28213
Telephone: (704) 597-5774
Email: Lee.Robertson@rlrobertson.com

Paul D. Clement
Viet D. Dinh
H. Christopher Bartolomucci
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Email: paul.clement@kirkland.com
Email: viet.ding@kirkland.com
Email: cbartolomucci@kirkland.com

*Counsel for Plaintiffs Charlotte School of Law, LLC and InfiLaw Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Plaintiffs' Amended Motion for Extension of Time* with the Clerk of Court using the EFC system, which will send notification of such filing to all counsel of record in this case.

E. Fitzgerald Parnell, III
POYNER SPRUILL, LLP
301 South College Street, Suite 2900
Charlotte, North Carolina 28202
jparnell@poynerspruill.com

Anne E. Rea
Tacy F. Flint
Steven J. Jorowitz
SIDLEY AUSTIN, LLP
One South Dearborn
Chicao, Illinois 60603
area@sidley.com
tflint@sidley.com
shorowitz@sidley.com

This, the 1st day of August, 2018.

*/s/ R. Lee Robertson, Jr.*
R. Lee Robertson, Jr.
North Carolina State Bar No.: 44749
ROBERTSON & ASSOCIATES, P.A.
2730 East W.T. Harris Boulevard, Suite 101
Charlotte, North Carolina 28213
Telephone: (704) 597-5774
Email: Lee.Robertson@rlrobertson.com