UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-cv-00256

| | |
|---|---|
| **CHARLOTTE SCHOOL OF LAW, LLC** and **INFILAW CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN BAR ASSOCIATION; COUNCIL OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION; and ACCREDITATION COMMITTEE OF THE SECTION OF LEGAL EDUCATION AND ADMISSIONS TO THE BAR, AMERICAN BAR ASSOCIATION**<br><br>Defendants. | **ORDER ON PLAINTIFFS' AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS** |

Upon consideration of the Plaintiffs, Charlotte School of Law, LLC and InfiLaw Corporations' Amended Motion for Extension of Time to Respond to the Defendants' Motion to Dismiss, noting that the Defendants' do not object, and for good cause shown, the Plaintiffs' Motion is hereby GRANTED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1. The time within which the Plaintiffs must serve their response to Defendants' Motion to Dismiss is extended up to and including **August 24th, 2018**.

IT IS SO ORDERED.

Signed: August 2, 2018

Graham C. Mullen
United States District Judge