UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CHARLOTTE SCHOOL OF LAW, LLC, and
INFILAW CORPORATION,

    *Plaintiffs*,

v.

AMERICAN BAR ASSOCIATION; COUNCIL OF
THE SECTION OF LEGAL EDUCATION AND
ADMISSIONS TO THE BAR, AMERICAN BAR
ASSOCIATION; and ACCREDITATION
COMMITTEE OF THE SECTION OF LEGAL
EDUCATION AND ADMISSIONS TO THE BAR,
AMERICAN BAR ASSOCIATION,

    *Defendants*.

Case No. 3:18-cv-00256-GCM
U.S. District Judge Graham C. Mullen

/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Charlotte School of Law, LLC and InfiLaw Corporation hereby give notice that this action is voluntarily dismissed without prejudice.

Respectfully submitted,

/s/ R. Lee Robertson, Jr.
North Carolina Bar No. 44749
ROBERTSON & ASSOCIATES, P.A.
2730 East W.T. Harris Blvd., Suite 101
Charlotte, N.C. 28213-4108
(704) 597-5774
lee.robertson@rlrobertson.com

/s/ H. Christopher Bartolomucci
Paul D. Clement*
H. Christopher Bartolomucci*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
paul.clement@kirkland.com
cbartolomucci@kirkland.com
*Admitted *pro hac vice*

*Counsel for Plaintiffs Charlotte School of Law, LLC and InfiLaw Corporation*

Dated: April 23, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2019, I electronically filed Plaintiffs' Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using CM/ECF and that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ R. Lee Robertson, Jr.
R. Lee Robertson, Jr.